**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROY CALVIN TISDALE,<br><br>          Plaintiff,<br><br>     v.<br><br>S. PARASCONDO,<br><br>          Defendant. | 3:08-CV-513-RCJ(RAM)<br><br>**ORDER** |

Before the Court is the Report and Recommendation of U.S. Magistrate Robert A. McQuaid, Jr., (#28[1]) entered on June 2, 2010, recommending Defendant's Motion to Dismiss (#17) be granted with prejudice and Plaintiff's Motion for Sanctions and Hearing (#23) be denied as moot. Plaintiff filed his Objection to the Report and Recommendation (#30) on July 9, 2010 and Defendant filed his Response to Plaintiff's Objections to Magistrate Judge's Report and Recommendation (#31) on July 15, 2010.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#28) entered on June 2, 2010, should be adopted and accepted.

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#28) entered on June 2, 2010, is adopted and accepted, and Defendant's Motion to Dismiss (#17) is GRANTED with prejudice.

IT IS FURTHER ORDERED that Plaintiff's Motion for Sanctions and Hearing (#23) is DENIED as MOOT.

---

[1] Refers to court's docket number.

1       IT IS FURTHER ORDERED that this case is DISMISSED with prejudice.

2       IT IS SO ORDERED.

3       DATED: this 13th day of August, 2010.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE