AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

ROY CALVIN TISDALE,

       Plaintiff,   **JUDGMENT IN A CIVIL CASE**

V.

       CASE NUMBER:  **3:08-CV-00513.RCJ-RAM**

S. PARASCONDO,

       Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_x_ **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that defendant's [17] Motion to Dismiss is GRANTED with prejudice.  FURTHER ORDERED that this case is DISMISSED with prejudice.


 August 13, 2010                          **LANCE S. WILSON**
    Date                                    Clerk

                                     /s/  M. Campbell
                                    Deputy Clerk